Buenaventura 11 de Septiembre del 2020

Cordial Saludo

Soy Fanny Angulo Sinisterra conozco desde hace ya muchos años al señor Juan Carlos Hurtado y puedo decir y afirmar que es un hombre muy comprometido con su hogar un muy buen padre y esposo, dedicado con su familia responsable, es un ser que le gusta ayudar a todo el que este a su alrededor si es necesario deja de comer por ayudar a las personas que a él rodean sin importar ninguna condición, es un esposo cariñoso, atento, amable, y muy pero muy responsable doy fe de que es una buena persona y que sus hijos su esposa su hermano dependen totalmente de el por qué él es el pilar de esa familia y ellos lo necesita para salir adelante y mejorar su calidad de vida es mucho lo que hay decir sobre este ser humano tan valioso para todos nosotros, a mí personalmente me ha servido mucho y me ha apoyado en los momentos más difíciles de mi vida siempre está allí con una buena frase motivándome, de el solo puedo decir cosas buenas y de lo agradecida que estoy con DIOS por esa buena obra que hizo al ponerlo en mi vida como mi gran amigo.