**Buenaventura 11th of September of 2020**

Cordial Greetings

I am Fanny Angulo Sinisterra I have known Mr. Juan Carlos Hurtado for many years now and I can tell you and affirm that he is man who is very devoted to his home a very good father and husband, dedicated to his family responsible, that he is a being that likes to help all those around him if need be he will not eat to help the people about him without regard to any condition, he is an affectionate husband, attentive, kind, and very but very responsible I attest that he is a good person and that his children his wife his brother depend totally on him because he is the pillar of that family and they need him to get ahead and improve their quality of life there is a lot to say about such a valuable human being to us all, he has been very helpful to me personally and has supported me in the most difficult times of my life he is always there with good words, motivating me, I can only say good things about him and how grateful I am to GOD for the good deed that he did by putting him in my life as my great friend.