**CERTIFICATION OF TRANSLATION**

I, Dyalma L. Ocasio, an interpreter of Spanish and certified by the Administrative Office of the Courts in Washington D.C., hereby swear that the translation into English of Fanny Angulo Sinisterra's letter on behalf of Mr. Juan Carlos Hurtado Calderon is true and correct to the best of my ability.

_____

Dyalma L. Ocasio, Certified Federal Interpreter
9918 Timmons RD.
Thonotosassa, FL  33592
813-293-4660